**No. 43963.**—Protest 959796–G of Ellis Klatscher & Co. (Los Angeles).

Opinion by CLINE, J. It was stipulated that the articles were marked "Product of Japan" in legible English words and in a permanent and conspicuous manner. The protest was therefore sustained.

**No. 43964.**—Protest 7204–K of P. Unanue (New York).

Opinion by CLINE, J. There was no appearance on the part of the plaintiff when the case was called for trial. On the record presented the protest was overruled.

**No. 43965.**—Protests 6082–K/11935, etc., of Blue Grass Liquor Co. et al. (New Orleans, etc.).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 43966.**—Protests 5746–K, etc., of H. P. Lambert Co., Inc. (Boston).

Opinion by EVANS, J. In accordance with the amended report of the collector and on the authority of *United States* v. *Yick Shew Tong Co.* (25 C. C. P. A. 255, T. D. 49392) the claim for free entry under paragraph 1669 was sustained.

**No. 43967.**—Protest 13314–K of Henry L. Taylor (Wilmington, N. C.).

Opinion by EVANS, J. It appeared that in making the entry the importer deducted an item which was later found to be dutiable. There was no appeal to reappraisement and no proof of clerical error was made. The protest was therefore overruled.

BEFORE THE SECOND DIVISION, JUNE 18, 1940

**No. 43968.**—Protests 981003–G, etc., of Geo. S. Bush & Co., Inc., et al. (Seattle).

Opinion by KINCHELOE, J. In accordance with stipulation of counsel and on the authority of *United States* v. *Penn* (27 C. C. P. A. 242, C. A. D. 93) the cocoa fiber mats in question were held dutiable at 90 percent under paragraph 1529 (a) as claimed.